~~Volare Guardian Litigation~~

When was Veronica diagnosed with diabetes? Type 1 or 2?

How often would she see a PCP/endocrinologist prior to the accident?

~~[scribbled out]~~