FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 15 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN WHITEHEAD and VERONICA WHITEHEAD, *by and through* Valerie Brooks,

    Plaintiffs,

v.

SOUTHERLAND, INC. and HICKORY SPRINGS MANUFACTURING COMPANY,

    Defendants.

Civil Action No.
1:22-cv-03008-SDG

## JURY VERDICT FORM

1. Do Plaintiffs prevail on their strict liability claim?

    1.a. Against **Southerland, Inc.**:  Yes ____  No ✓

    1.b. Against **Hickory Springs Manufacturing Co.**:  Yes ____  No ✓

2. Do Plaintiffs prevail on their negligence claim?

    2.a. Against **Southerland, Inc.**:  Yes ____  No ✓

    2.b. Against **Hickory Springs Manufacturing Co.**:  Yes ____  No ✓

*If you answered "No" to Questions 1.a., 1.b., 2.a., <u>and</u> 2.b., skip Questions 3–5, then date and sign the verdict form.*

3. What is the full amount of Plaintiffs' damages?

    3.a. Veronica Whitehead: _____

    3.b. John Whitehead: _____

1

4.  What percentage of fault do you attribute to each of the parties listed below for Plaintiffs' injuries and damages?

    *The percentages you assign below must total 100%.*

    4.a.  To **Veronica Whitehead**: _____ %

    4.b.  To **John Whitehead**: _____ %

    4.c.  To **Southerland, Inc.**: _____ %

    4.d.  To **Hickory Springs Manufacturing Co.**: _____ %

    4.e.  To **Crete Carrier Corporation**: _____ %

5.  Did Plaintiffs prove by clear and convincing evidence that Defendants' conduct calls for an award of punitive damages?

    5.a.  As to **Southerland, Inc.**:   Yes ____   No ✓

    5.b.  As to **Hickory Springs Manufacturing Co.**:   Yes ____   No ✓

## SIGNATURE

*Sign and date the verdict form.*

SO SAY WE ALL.

Jury Foreperson:  *Mansea Fulton* (signature)

Date:  9/15/2025

2